UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIN SALKHI, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>B.P. WEST COAST PRODUCTS LLC,<br><br>　　　　　Defendant. | Case No. 18-cv-02676-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**татo ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 10, 2018 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | December 14, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with court approval |
| NON-EXPERT DISCOVERY CUTOFF: | December 31, 2018 |
| DISCLOSURE OF EXPERT REPORTS:<br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: February 1, 2019<br>Rebuttal: February 15, 2019 |
| EXPERT DISCOVERY CUTOFF: | March 1, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE **FILED** BY: | April 1, 2019 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

As set forth above, the parties are REFERRED to private mediation.  The parties shall provide the Court with the name of an agreed-upon mediator by August 10, 2018 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, August 17, 2018 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1.  By August 10, 2018, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: August 2, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge