KENNETH P. ROBERTS (SBN 74955)
MICHAEL B. SMITH (SBN 136762)
RYAN P. TISH (SBN 274284)
KEVIN Y. KANOONI (SBN 292707)
KENNETH P. ROBERTS,
A PROFESSIONAL LAW CORPORATION
6355 Topanga Canyon Boulevard, Suite 403
Woodland Hills, CA 91367
Telephone: (818) 888-3553

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AMIN SALKHI, an individual,<br>BANAFSHEH S. SALKHI, an individual,<br>ALI SALKHI, an individual,<br>SOURI SALKHI, an individual,<br>ARASH SALKHI, an individual,<br>AJANG SALKHI, an individual, and.<br><br>Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware limited liability company,,<br><br>Defendant. | Case No.: 4:18-cv-02676-YGR<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF ARASH SALKHI WITHOUT PREJUDICE**<br><br>Courtroom: Courtroom 1-Fourth Floor<br>Judge: Yvonne Gonzalez Rodgers |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record and subject to the approval of the Court, as follows:

1. Plaintiff Arash Salkhi is no longer a party to this action by reason of transfer of his interest in the Oakland Property, located at 9800 International

1. Boulevard, Oakland, CA 94603, one of two real properties which are the subject of this action.

2. Accordingly, as Arash Salkhi no longer has an interest in the subject property, the remaining Plaintiffs Amin Salkhi, Banafsheh S. Salkhi, Ali Salkhi, Souri Salkhi and Ajang Salkhi dismiss Arash Salkhi, without prejudice, as a Plaintiff in this matter.

3. The dismissal of Arash Salkhi does not extinguish subject matter jurisdiction.

Dated: March 14, 2019

KENNETH P. ROBERTS,
A PROFESSIONAL LAW CORPORATION

By: _____/s/ Kevin Y. Kanooni_____
Kevin Y. Kanooni
Attorneys for Plaintiffs

**ORDER**

IT IS HEREBY ORDERED:

1. Plaintiff Arash Salkhi is dismissed from this action, without prejudice.

DATED: March 15, 2019

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge