WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION
Lukas J. Clary (Bar No. 251519)
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611
LClary@weintraub.com

GREENSFELDER, HEMKER & GALE, P.C.
David J. Simmons (Mo. Bar NO. 53801) (*pro hac vice*)
Ronnie L. White II (Mo. Bar NO. 67165) (*pro hac vice*)
10 South Broadway, Ste. 2000
St. Louis, MO 63102
Telephone: (314) 241-9090
Facsimile: (314) 345-5465
ds@greensfelder.com
rwhite@greensfelder.com

Attorneys for Defendant
BP West Coast Products LLC

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIN SALKHI, an individual, BANAFSHEH S. SALKHI, an individual, ALI SALKHI, an individual, SOURI SALKHI, an individual, ARASH SALKHI, an individual, AJANG SALKHI, an individual, and<br><br>Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 4:18-cv-02676-YGR<br><br>[~~PROPOSED FORM OF~~] JUDGMENT<br>_____<br><br>Dept.: Courtroom 1 - Fourth Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

This matter comes before this Court on Plaintiffs', Amin Salkhi, Banafshe S. Salkhi, Ali Salkhi, Souri Salkhi, and Anjang Salkhi (collectively "Plaintiffs")[1] Motion for Summary Judgment (Dkt. No. 48 ("Plaintiffs' MSJ")) and BP West Coast Products LLC's Cross-Motion for Summary Judgment (Dkt. No. 52 ("BPWCP's Cross-MSJ")). This Court entered an Order granting BPWCP's Cross-MSJ on all of the Plaintiffs' claims and denying Plaintiffs' MSJ in its entirety. (Dkt. No. 65.) Furthermore, this Court's Order granting BPWCP's Cross-MSJ also directed BPWCP to file a form of judgment whereby the Court may enter its final judgment in the case. (*Id.*) Having been so advised, this Court hereby enters final judgment in the case as follows:

IT IS ORDERED AND ADJUDGED that this Court dismisses all claims in Plaintiffs' Complaint (i.e., Count I – Quiet Title and Count II – Declaratory Judgment) (Dkt. No. 1), *with prejudice*, for the reasons set forth in this Court's Order dated September 16, 2019 (Dkt. No. 65).

Date: September 26, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Former plaintiff Arash Salkhi was dismissed, without prejudice, pursuant to a stipulation between the parties on March 15, 2019. (Dkt. No. 44.)

| | |
|---|---|
| Dated: September 23, 2019 | Respectfully submitted:<br><br>WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION<br>Lukas J. Clary (Bar No. 251519)<br>400 Capitol Mall, 11th Floor<br>Sacramento, California 95814<br>Telephone: (916) 558-6000<br>Facsimile: (916) 446-1611<br>LClary@weintraub.com<br><br>GREENSFELDER, HEMKER & GALE, P.C.<br>David J. Simmons (Mo. Bar NO. 53801) (*pro hac vice*)<br>Ronnie L. White (Mo. Bar NO. 67165) (*pro hac vice*)<br>10 South Broadway, Ste. 2000<br>St. Louis, MO 63102<br>Telephone: (314) 241-9090<br>Facsimile: (314) 345-5465<br>ds@greensfelder.com<br>rwhite@greensfelder.com<br><br>By:  /s/ David Simmons<br>       Attorneys for BP West Coast Products LLC |

*1816452*

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2019, I served the foregoing, **[Proposed Form of] Judgment**, on the following persons via the Court's electronic filing system:

Kenneth P. Roberts
Kevin Kanooni
A Professional Law Corporation
6355 Topanga Canyon Blvd.
Suite 403
Woodland Hills, CA 91367-2102
kroberts@kprlawinc.com
kkanooni@kprlawinc.com

*Attorneys for Plaintiffs*

By:   /s/ David Simmons
GREENSFELDER, HEMKER & GALE, P.C.
*Attorneys for Defendant BP West Coast Products LLC*